**Order issued May 29, 2014 Withdrawn; Order filed May 30, 2014.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00512-CR

————————

### RONALD CROW, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 16373**

## ORDER

The reporter's record in this case was due September 30, 2013. *See* Tex. R. App. P. 35.1. On October 8, 2013, this court received notice from the official court reporter for the 21st District Court that appellant had not made payment arrangements for the record. On May 22, 2014, appellant filed a motion to extend time to file his brief in which he stated he made an initial payment for the record. On May 29, 2014, this court ordered the court reporter to file the record within 30

days. On May 30, 3014, the court reporter notified this court that appellant's payment was not sufficient.

Appellant is represented by retained counsel. This court, however, may not dismiss an appellant in a criminal case for failure to file a reporter's record or brief. Accordingly, we issue the following order:

We order appellant Ronald Crow to make sufficient payment to Wendy L. Kirby, the official court reporter, on or before **July 3, 2014**. If appellant makes sufficient payment arrangements, the reporter's record is due to be filed in this court on or before **September 3, 2014.** If a reporter's record is timely filed, appellant's brief will be due 30 days after the reporter's record is filed.

PER CURIAM